1  RICHARD R. GRAY, Bar No. 71030
   rgray@littler.com
2  NATHANIEL H. JENKINS, Bar No. 312067
   njenkins@littler.com
3  LITTLER MENDELSON, P.C.
   500 Capitol Mall
4  Suite 2000
   Sacramento, CA 95814
5  Telephone:    916.830.7200
   Fax No.:       916.561.0828
6
   Attorneys for Defendant
7  CLEARCAPITAL.COM, INC.

8  TIMOTHY J. GONZALES, Bar No. 234923
   tg@brockgonzales.com
9  CHRISTOPHER P. BRANDES, Bar No. 282801
   cb@brockgonzales.com
10 SEAN T. COOK, Bar No. 318952
   sc@brockgonzales.com
11 BROCK & GONZALES, LLP
   6701 Center Drive West, Suite 610
12 Los Angeles, CA 90045
   Telephone:    310.294.9595
13 Facsimile:    310.961.3673

14 Attorneys for Plaintiff
   MARLISHA BROWN
15

16                    IN THE UNITED STATES DISTRICT COURT

17                   FOR THE EASTERN DISTRICT OF CALIFORNIA

18 MARLISHA BROWN,                        Case No.  2:19-CV-00029-KJM-KJN (PS)

19             Plaintiff,                  **JOINT STIPULATION AND
                                           ORDER TO STAY ALL PROCEEDINGS
20      v.                                 PENDING RESOLUTION OF
                                           ARBITRATION**
21 CLEARCAPITAL.COM, INC.,
                                           Complaint Filed:  January 4, 2019
22             Defendant.

23

24

25

26

27

28

# STIPULATION

Plaintiff MARLISHA BROWN ("Plaintiff") and Defendant CLEARCAPITAL.COM, INC. ("Defendant") hereby stipulate and agree to stay all proceedings pending resolution of arbitration as follows:

**WHEREAS**, Plaintiff was hired for employment with Defendant in or about April 2015;

**WHEREAS**, on or about April 29, 2015, and again on or about February 13, 2017, Plaintiff entered into an arbitration agreement with Defendant wherein she agreed to submit any and all claims arising out of her employment relationship to binding arbitration (the "Arbitration Agreement");

**WHEREAS**, on January 4, 2019, Plaintiff initiated a lawsuit against Defendant in the United States District Court, Eastern District of California, by filing a complaint for damages (Case No. 2:19-CV-00029-KJM-KJN); and

**WHEREAS**, all parties have agreed to submit the claims pending in this matter to arbitration pursuant to the terms of the Arbitration Agreement;

**WHEREAS**, Plaintiff agrees that Defendant will not file a responsive pleading in the instant action, and will instead submit the instant action to arbitration; and

**WHEREAS**, all parties have agreed that all proceedings in this matter should be stayed pending the resolution of arbitration.

**THEREFORE**, subject to the approval of this Court, it is hereby stipulated and agreed by and between the Parties as follows:

(1)    Plaintiff shall submit the Instant Action to binding arbitration; and

(2)    Defendant shall not file a responsive pleading in the Instant Action.

**SO STIPULATED.**

Dated:     June 5, 2019

*/s/ Timothy J. Gonzales (approved on 6/5/19)*
TIMOTHY J. GONZALES
CHRISTOPHER P. BRANDES
SEAN T. COOK
BROCK & GONZALES, LLP
Attorneys for Plaintiff
MARLISHA BROWN

Dated:     June 5, 2019

*/s/ Nathaniel H. Jenkins*
RICHARD R. GRAY
NATHANIEL H. JENKINS
LITTLER MENDELSON, P.C.
Attorneys for Defendant
CLEARCAPITAL.COM, INC.

# ORDER

Having read and considered the parties' recitals and stipulation, as set forth above, and good cause appearing wherefore, the Court HEREBY ORDERS all proceedings in this lawsuit now pending before the United States District Court, Eastern District of California will immediately be STAYED pending the resolution of the Parties' arbitration.


**IT IS SO ORDERED.**


Dated:  June 6, 2019


_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

SD, brown.29